**Exhibit A to the Complaint**

**Location:** Tampa, FL  
**Total Works Infringed:** 129

**IP Address:** 47.206.158.176  
**ISP:** Frontier Communications

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 36EE4DB08E7AC9FCAA6B90C15A877758F0F01E78<br>File Hash: AD3277410D1516AE3B31906650E4DABBB9AFD90878CD218B424C0B16A066E438 | 02-11-2022 23:58:32 | Blacked Raw | 01-24-2022 | 02-14-2022 | PA0002335489 |
| 2 | Info Hash: 3D7690B89943E78EE1B015364D6D983919E05E73<br>File Hash: E919702C0786B00D7E76B14CDB47ADFBA8636C0FB7FD1134F9CA5E95CC1FE9AB | 02-08-2022 23:44:03 | Tushy | 02-06-2022 | 02-14-2022 | PA0002335460 |
| 3 | Info Hash: F850B2E65D4011A0EDF9553E2325FCD0CECE6610<br>File Hash: 57217D6F574AEE7D7EBDEEE3FA75808CECF2585D713C5775924398A58A904E79 | 02-08-2022 21:54:30 | Blacked Raw | 02-07-2022 | 02-14-2022 | PA0002335458 |
| 4 | Info Hash: 85889CF2BAD7B76CFAC292BF6A1083DE0BA9A9D7<br>File Hash: D09EABB2903A0B08D3698D2CF1EA940D6699352AF7A5D71D2083FD8B06C7C239 | 02-02-2022 23:26:16 | Blacked | 01-29-2022 | 02-14-2022 | PA0002335485 |
| 5 | Info Hash: 69402826E0A56F028FC14960C54B6DECD6B1885F<br>File Hash: B10B9C25B2F89FB4732352FF11A009A23D41E6857CD6276EE6178B31AA2CC83B | 02-02-2022 23:18:40 | Blacked Raw | 01-31-2022 | 02-14-2022 | PA0002335501 |
| 6 | Info Hash: AA3FB04EFC0E38A78373A1FB20AF306DC666874E<br>File Hash: F810BD0857FA76C941DFC8A8CC363228444D521BB26BC62F60105DC897EC1E7E | 01-26-2022 08:24:08 | Slayed | 09-02-2021 | 09-30-2021 | PA0002319733 |
| 7 | Info Hash: 39469ADF1005C000C8957B34882F236D27104825<br>File Hash: BB66CD5CC9E59980DA99AA0EE1F2015A611C95BF1D9E5FBE22F7F3E1DFB63DEC | 01-26-2022 07:30:28 | Slayed | 08-05-2021 | 09-08-2021 | PA0002316094 |
| 8 | Info Hash: 3557A62F27DD34EF449AC46FC1794DA0B31E05EA<br>File Hash: 51126765E94F677A250CCAA10E87A60ED0D7D9BD2DE01EA6D87127DF695C9E1D | 01-26-2022 00:20:20 | Blacked Raw | 09-07-2020 | 09-29-2020 | PA0002258685 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 913885D3B87700091A4E253453FB93DDE01B2F73<br>File Hash: AF932BA43279C78B514C0330473D3F436257AC0C8002D9EB9F093303008F4636 | 01-25-2022 23:20:26 | Blacked | 01-22-2022 | 02-14-2022 | PA0002335440 |
| 10 | Info Hash: 9A7110F3098DBCE66FB3E4582FD0F1051511F12D<br>File Hash: B1BCE3983850ADD4686F49DC540ABFAF0F73128F9CA5DEE27696C788EE751BF8 | 01-25-2022 21:56:49 | Vixen | 01-21-2022 | 02-14-2022 | PA0002335466 |
| 11 | Info Hash: C8DC78D20EFD21C816C03C1756298033C7D0A10B<br>File Hash: 8F67AC4A8D9627688943620717D5893D53CDD337D05E269C127C50727C75168D | 01-04-2022 01:43:53 | Blacked | 01-01-2022 | 01-17-2022 | PA0002330118 |
| 12 | Info Hash: BC8EE00DFDED18BD2ACCBF9E632FC72794E06557<br>File Hash: DE0DF26F77B9FFABE39EF99E8E615B814A2D51A9C26F81B765C8B65EE3340797 | 01-03-2022 23:33:37 | Tushy | 01-02-2022 | 01-17-2022 | PA0002330092 |
| 13 | Info Hash: 8B5922B048ADBC9F7352BA5E40028BDAB7590719<br>File Hash: 7FEFB7489BC712204DD3D85375F20811C478119E1EBC4A5DC268E41306195885 | 12-22-2021 01:13:09 | Blacked Raw | 01-02-2019 | 02-02-2019 | PA0002155379 |
| 14 | Info Hash: 220D6AC9847FA9294222F786E27941E0D1E82FD4<br>File Hash: E4147DDBF780E20B8E2309D59FBDA9F3C546187A5A05477BBE748C1EC38A5439 | 12-22-2021 01:13:06 | Vixen | 06-19-2020 | 06-25-2020 | PA0002256361 |
| 15 | Info Hash: C5EDA8C4F1B36CDFC798786ED3EEDAC9D278505D<br>File Hash: E78D1BC8F15DA5D028651ED681F722902B65D2C08B940A01B1752577846D219A | 12-21-2021 22:10:49 | Blacked | 01-15-2019 | 02-02-2019 | PA0002155371 |
| 16 | Info Hash: 35B1CDBBC8CDEAEDF415FA12CBA9ED6A0B64F96D<br>File Hash: AD66D5F33B7CEA6C6932297BF8555AAFF7F49D6879BA69FC4C3A4F91B4A93CD8 | 12-21-2021 19:05:28 | Blacked | 06-26-2021 | 07-08-2021 | PA0002300662 |
| 17 | Info Hash: A544744423B36D958548F13F9D7739B82BD313CD<br>File Hash: 81FA8563CD421C373A14186D6A76D9D41CC3AD58228555ECF87F751E437D707F | 12-11-2021 00:12:03 | Blacked Raw | 12-06-2021 | 12-13-2021 | PA0002325836 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 39BA1DA7C78AE03C6F19AE07D392A16A6A86AFC6<br>File Hash: 59A6B92CB846021BF6DD034F499F0881873AF105006842356C756C1A778535F9 | 12-07-2021 21:59:51 | Vixen | 12-03-2021 | 12-09-2021 | PA0002325832 |
| 19 | Info Hash: C122145E52505C57B4FFF1DC89A4E1AEC17907CF<br>File Hash: 0B130C94B934A602EB3AD599D3FAECD08E91A9FBEA5F8588AE30DC833221468D | 11-26-2021 19:04:42 | Blacked | 11-20-2021 | 12-09-2021 | PA0002325817 |
| 20 | Info Hash: B77ED000D125AE31086077F65B656FCED401BC95<br>File Hash: 1F591C01310E6B4F9DCD94603FB179E83012DF430647BEA227C5B7AE28C0A877 | 11-24-2021 20:50:26 | Tushy | 11-21-2021 | 12-09-2021 | PA0002325830 |
| 21 | Info Hash: C5DB7207F7487D7B1235962DC9DAD5B576D7B0DB<br>File Hash: 0DC99F3D82B6E44E901F3257B30E0F96E1BA5E043E055A534A5147DCD4C5C6C5 | 11-24-2021 18:59:43 | Blacked Raw | 11-22-2021 | 12-09-2021 | PA0002325831 |
| 22 | Info Hash: E978946ACF80D1B1648C5A428A96FD36B59071A3<br>File Hash: 833A211474A15493BB660EF60754FBA602C26A3388C9AB96FBFDAA6860E7B818 | 11-17-2021 08:04:13 | Vixen | 11-12-2021 | 12-09-2021 | PA0002325810 |
| 23 | Info Hash: B64AAD7B3A2AEA02A1DC684B075D23CA84AD9F0E<br>File Hash: DD74DC97C9C793114B0009B5BCD404F19853E9D772BFA94055EBF2D37B2F3DE5 | 11-17-2021 06:17:30 | Blacked Raw | 11-15-2021 | 12-09-2021 | PA0002325813 |
| 24 | Info Hash: C017989E1C99364A341E703EFDD6EC2CB711842E<br>File Hash: 9BA7B3214DA8A2FBF00A16D5AD03F387B2FDE11C93BF1027C09B1721B2AEB9B1 | 11-16-2021 23:15:33 | Blacked | 11-13-2021 | 12-09-2021 | PA0002325812 |
| 25 | Info Hash: A0ED3486E97D1E267FA9A828624AAC9C3E6E22DA<br>File Hash: 065DEFBD8ABF2482DF47DEC15B4F06702AE1945A24E1A76CCD46B976FDC9C66F | 11-15-2021 01:17:02 | Vixen | 07-03-2019 | 08-02-2019 | PA0002192292 |
| 26 | Info Hash: 1F1B8417E2854B52ABDD571C5A22FB226DD41A1B<br>File Hash: 4208F114A19FA8974A79C470EBB3126679EFF49573E69E470DCB578B3A72F328 | 11-14-2021 22:16:00 | Tushy | 05-06-2019 | 06-03-2019 | PA0002178772 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 1435DF5D9E9EA8B630F4B7B22E442C03265E0924<br>File Hash: 589FFFC0858BBF1F27E79F4225E8B2E8F09ADCEE17DDC3334724E6DBC58C8BA4 | 11-09-2021 22:08:40 | Vixen | 11-05-2021 | 11-11-2021 | PA0002321282 |
| 28 | Info Hash: DAA04CF7B2F58944ECF3200F61DBDC814E5309AA<br>File Hash: BAC2C18CF8E8B318E2A0C6BE7AECC05C0F9AEA6AB97AA1A9BFF014EFF11958FA | 11-09-2021 20:39:40 | Blacked | 11-06-2021 | 11-11-2021 | PA0002321284 |
| 29 | Info Hash: DC1EF5295EC3C8EE8527AB35D282F168A90EB8ED<br>File Hash: 5831A5DBC9EC96564D1A78686E5A2B259B7E01301161AB2375982B3AD22F2BFB | 11-09-2021 19:24:02 | Tushy | 11-07-2021 | 11-11-2021 | PA0002321317 |
| 30 | Info Hash: 1AF3F8C5CD2D418A21F8183C66EF882B8DC279C4<br>File Hash: 63AC85A02517EDFFEAE01159074C030E540BBA373AFA5B1848D9791D97044858 | 11-07-2021 23:35:57 | Vixen | 02-12-2021 | 02-26-2021 | PA0002283718 |
| 31 | Info Hash: D48AADDF211CE300CBF2D9CB4869C32E9F51291D<br>File Hash: F46F141B04F51EDD4A58429B738B496ACE916D4289ED6B2C64B4155D33A82A6E | 11-01-2021 19:31:10 | Blacked | 10-23-2021 | 11-11-2021 | PA0002321276 |
| 32 | Info Hash: 3E73ADC9ED218E45495BEFFD7306F0573273D04D<br>File Hash: 301A5B8BBE6CCE376815AC8AEFE69E2D84F67972E34CE180BE848C2ACDB2FA9F | 10-20-2021 08:56:38 | Blacked | 10-16-2021 | 10-19-2021 | PA0002317055 |
| 33 | Info Hash: 4CE0AE35C1227D3C626CAB88BF26E15C024E4C59<br>File Hash: A540DA9A9D0B22A592246AE221A5A34F320CD5BCB8B30E1CFF6AD1C2106502DF | 10-19-2021 19:08:50 | Tushy | 10-17-2021 | 11-11-2021 | PA0002321294 |
| 34 | Info Hash: 2B9BD36D7A47E93064B305FBCA1726BDB5D16E32<br>File Hash: B8848C5BE565E83A2AD40D31F1B71A78E824C9D0C5C297C496762A8160B5DDF0 | 10-15-2021 20:05:17 | Blacked Raw | 10-11-2021 | 10-19-2021 | PA0002317052 |
| 35 | Info Hash: 740E5C72E8C44A2ACC8EDCEEE5AEB529FA69797B<br>File Hash: 8CD7DBE442E84C1BC23B39FC7B9902825BD786EA60DC57094F107C805A8D929F | 10-12-2021 20:01:39 | Blacked | 09-13-2021 | 10-05-2021 | PA0002315289 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: DB36A63BDF54F82FEB476FC9054466F942B5C14D<br>File Hash: 2AC36A6CC2AF4F2EACC724A4295EB5F19809D17B1FE1F4E5E7C96F6486AB66CD | 10-12-2021 17:58:26 | Blacked | 10-09-2021 | 10-19-2021 | PA0002317059 |
| 37 | Info Hash: AF031CB2669E4B1E7D61862E29A4161D32BA089B<br>File Hash: 25882A7345B66EE9F57D6C38CF26D66EC774B68E088BB59938F2F5F906370EA4 | 10-07-2021 18:08:28 | Tushy | 10-03-2021 | 11-01-2021 | PA0002326410 |
| 38 | Info Hash: 065C8A21D0B2F6E53FA8DADC73995DA7216217E6<br>File Hash: 27C04B0D7187D17A3BEE7F25F2012D5C639DB02A225C8774B49A66EE38560A5F | 10-06-2021 20:15:15 | Blacked Raw | 10-04-2021 | 10-19-2021 | PA0002317056 |
| 39 | Info Hash: 48763EB4612121123855F281322DE1CB502DE07D<br>File Hash: EF232B2670D7836517A9C66EE4B21FB631441CC887F313CA953A869BB54C3676 | 10-01-2021 17:50:39 | Vixen | 09-29-2021 | 11-11-2021 | PA0002321322 |
| 40 | Info Hash: F6F65A84BE4FAACCB7F4FFC4F0AE294C8659F38B<br>File Hash: 2190EEDB57DAE34B2E32D6636290EA0AAAE402D2233220197E51961326A565A6 | 09-29-2021 20:10:33 | Vixen | 09-17-2021 | 10-05-2021 | PA0002315292 |
| 41 | Info Hash: E59176981EC8161C69C52A0239766C1F8EB513BD<br>File Hash: EE55996C13CB74DBF1F24A74288CA882A50009F9DF0C417B486599AABF06755E | 09-29-2021 19:54:22 | Blacked Raw | 09-27-2021 | 10-19-2021 | PA0002317054 |
| 42 | Info Hash: 5C3A965875F108BEE2A866383BD26C69AD6C21CB<br>File Hash: D7056D7BE3FBF436D48BA737F5E542DE27560117338E5C93846AA4CB5976F400 | 09-23-2021 19:38:56 | Blacked Raw | 09-20-2021 | 11-11-2021 | PA0002321298 |
| 43 | Info Hash: 0FB38F072C1A474903D62437AEA8A59929A4B93A<br>File Hash: BBF7204E90CFBD8B65551FE8AA464BDC788810755BA0CCB2E92FD244016BF870 | 09-20-2021 19:14:46 | Blacked Raw | 09-13-2021 | 11-11-2021 | PA0002321292 |
| 44 | Info Hash: 136FA3183285251BC43A2098FABFB51A9938461A<br>File Hash: A0015BFEF43C7B8DE83CED9F631781A7446B813F5BF0FB32323FADC3AB61D106 | 09-20-2021 18:10:17 | Blacked | 09-18-2021 | 10-05-2021 | PA0002315291 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash: D6BDB5B2EFE891F649B6EE2FEF77C6B287E2746C<br>File Hash: D325E6C6F0534EA3F0634BBEEE64EA520282A21B35BC932BF8601576E5070B20 | 09-13-2021 23:33:56 | Blacked Raw | 08-30-2021 | 09-30-2021 | PA0002319882 |
| 46 | Info Hash: 5B7D2DEB1B817939241E53D9888C20744E4765F9<br>File Hash: FEE25BA96D5181E59B716ADCD0F4C2FBF4032E42E0BF14E9CD142B3DAF9B4920 | 09-13-2021 23:10:45 | Blacked Raw | 09-06-2021 | 09-21-2021 | PA0002312674 |
| 47 | Info Hash: D245AC914A7DB3E1646836D38FD8073EB3AC4507<br>File Hash: E8220F3A5D2FF587952B2E7EDCE8F36CF8F7114E0A06B41CD603E69DF7AB8DE8 | 09-10-2021 19:36:32 | Vixen | 08-27-2021 | 09-30-2021 | PA0002319735 |
| 48 | Info Hash: 473D089CFF5050B7D46345B91244075D0473C03F<br>File Hash: A0D9E366DFC5C1F8A013E8FB7ACFC490E8D795B4C2DB677CE5079C21C8479E78 | 08-30-2021 21:07:29 | Tushy | 08-29-2021 | 09-21-2021 | PA0002312672 |
| 49 | Info Hash: D3AB88BDEA0156EBEE11B78437D8BF3632979C67<br>File Hash: 0537AE996C2BD4079A9E611864D2EF7246DF5994FE8240E63B545860192C3064 | 08-16-2021 22:15:38 | Tushy | 08-15-2021 | 08-23-2021 | PA0002308401 |
| 50 | Info Hash: 5029C453454EB441DBCE3309353F8A37540142FC<br>File Hash: D294A9AD2AA3888AE44DB63505DB1284E5D1E2E9D756CB3346D93BF7C2C9F9D6 | 08-16-2021 21:36:54 | Blacked | 08-14-2021 | 08-23-2021 | PA0002308398 |
| 51 | Info Hash: D44B1C67E38544E35209751875824C664576DFEC<br>File Hash: 42EB73CC4C47924EBDC996A98417BD35748D69DBFE6C276259BC1A5FC4EA54B8 | 08-09-2021 21:21:02 | Blacked Raw | 08-09-2021 | 08-23-2021 | PA0002308396 |
| 52 | Info Hash: 22BB06A7B917E23F7DD4C86EE71A1D96A43D2573<br>File Hash: F3AA21B888026133F6222373DA65B762814D9FADAEDCC05B4AD954FE1666E072 | 08-09-2021 20:49:31 | Blacked | 08-07-2021 | 08-23-2021 | PA0002308431 |
| 53 | Info Hash: 1F373E5240DFAE68609CB028CD106C5FA37FF090<br>File Hash: D4A58C997898603E58DFB6138667C0B3F05A0E3646DC7857CE55A3E8C403AE92 | 08-02-2021 01:10:31 | Blacked | 07-31-2021 | 08-23-2021 | PA0002308430 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 54 | Info Hash: A6B48ACE253BFABE5946BD08B86F9052828D9887<br>File Hash: 4311BB3DDD9B83237ACB24A5823DD774C6B208F83E026B97EC23C1839B33406A | 08-01-2021 20:57:16 | Tushy | 08-01-2021 | 09-30-2021 | PA0002320423 |
| 55 | Info Hash: 79801902E9A0FEFE34380623442048AC4E5A331A<br>File Hash: B8CAE93F4A58262496E7E9510798C34B60F40D120DDEF322365CB6BD02331780 | 07-25-2021 19:37:01 | Tushy | 07-25-2021 | 08-20-2021 | PA0002312005 |
| 56 | Info Hash: E63B254E351D0EBC69BC7A0E00DBC5B8058F9412<br>File Hash: 282BCE27C55833FCD0D5C6273C8CEDA9D62153BBE3DAE11003919EEE58F288D2 | 07-19-2021 17:28:09 | Blacked | 07-17-2021 | 08-02-2021 | PA0002305089 |
| 57 | Info Hash: B1F1532CCFC32B5A55BC1FC5CFF2D7E7802A9BCA<br>File Hash: 08CCE6F985F69EEA7C65F4E23207827E865DF2513807E26689DD01B6ED645401 | 07-06-2021 03:14:42 | Blacked Raw | 06-14-2021 | 08-02-2021 | PA0002305094 |
| 58 | Info Hash: 86491FC10A5128233E050F0E4AAC4809942A94A4<br>File Hash: F42ACA9A08AD5FD88857FE14B1C7F85EB40EDE50AAB0DAD7950C08601C1A1994 | 07-06-2021 02:46:55 | Vixen | 06-18-2021 | 08-20-2021 | PA0002312012 |
| 59 | Info Hash: 20A31492E4DFCCA3CC8A003B8AF1E4C3AB92381A<br>File Hash: 36884B340C306E825BDD40BEE68D6F6C9A34061CDC2FA08A3D4EA65D36898447 | 07-05-2021 23:40:55 | Blacked | 06-19-2021 | 07-08-2021 | PA0002300660 |
| 60 | Info Hash: 0C44CCAFAC6BEA30EC61A86125F9ECCD152A555C<br>File Hash: C50FD4ED5C78D645B9919590EF5BB84C318B0F9E3CE187C7728174AFD872B2DD | 07-05-2021 21:51:47 | Tushy | 07-04-2021 | 07-08-2021 | PA0002300663 |
| 61 | Info Hash: 56AA379C5CB38388B9AA1F1B047C28809BD6E124<br>File Hash: 5F30DC3B16A66A31D4B031B781C69C4D5D9F1AFD0674164DD4ED5F10B7428EFB | 07-05-2021 18:33:01 | Blacked Raw | 07-05-2021 | 08-02-2021 | PA0002305092 |
| 62 | Info Hash: 2791B602839DE51AC667B48C695745A01FA54A8D<br>File Hash: 5A570A2E224189E70FAAA309F8F796A44C11D823ADA829737C859B18B5CAE08D | 06-30-2021 00:53:01 | Vixen | 12-25-2020 | 02-02-2021 | PA0002280511 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 63 | Info Hash: 36DA7FCCE78EB7E0849DDB47D6756F16E4B04F41<br>File Hash: 4A36B6F95EEFA0C0CD62A7E15035DFD57354A29C633509044D64B6DF03341013 | 06-29-2021 21:42:23 | Blacked | 04-03-2021 | 04-14-2021 | PA0002286725 |
| 64 | Info Hash: DA9FC5624A00B5B18BEFBCF28AB66119198189DD<br>File Hash: A790D67972270A9C923425B5B622571F18871C5E7F96E96867150001EDD3B377 | 06-29-2021 21:40:03 | Vixen | 04-16-2021 | 06-09-2021 | PA0002295602 |
| 65 | Info Hash: 6E5E2F47A5181AC5E1EDF741FAE90A362984F62D<br>File Hash: AC7CDD7AECACF458AF6CC44F3892FCB90158C4C4DC628EBC79C8ED4C5DAB2CCE | 06-15-2021 20:17:08 | Blacked | 05-29-2021 | 07-08-2021 | PA0002300658 |
| 66 | Info Hash: D54586F5E16D1B0E41CB626FD35A825A3B8533CE<br>File Hash: EA8DE9674FD96FB3F2DFB3099E3094A18B6B3EB1187494A7DA6332851F14B0F1 | 06-10-2021 12:06:23 | Blacked Raw | 01-12-2020 | 02-04-2020 | PA0002225587 |
| 67 | Info Hash: D3C8D620F6E70B08EEE4A40836DA692457BF1288<br>File Hash: 43D32EA826A0F846ED7085CA3C0213D064A94A5BF5A82553F194BC71B19A6F4D | 06-10-2021 05:08:06 | Blacked | 12-16-2019 | 01-22-2020 | PA0002234860 |
| 68 | Info Hash: 321A5CC07A5F6A27C22C16066EA50EA35D382800<br>File Hash: B4DE3D6749C31FEC9B5661FD54DA4FA5C99F1C24B6E81FC6B0A342718E102494 | 06-01-2021 19:21:13 | Tushy | 05-16-2021 | 06-09-2021 | PA0002295592 |
| 69 | Info Hash: A4217C332CF806017EE6C8CF1E5151DFF8833788<br>File Hash: A5C5CCE866EC37B20892846DE00B32E7F46D3E3BCED9E20695DD1B57A161F291 | 05-31-2021 20:37:59 | Blacked Raw | 05-10-2021 | 06-15-2021 | PA0002296920 |
| 70 | Info Hash: C578748142EDE62626AF7200BC268795EFCBF560<br>File Hash: 1B44A3B93C8D36FB5747FC8DDA5778AAFA28BE928A0ABFCB7E99BA1B89E64B21 | 05-25-2021 00:24:49 | Vixen | 05-21-2021 | 06-03-2021 | PA0002299688 |
| 71 | Info Hash: C69659587C2BC1049AD99AFEFB8863E9737F2B01<br>File Hash: F33368857A7B6710A2C426BA638542C8209C5D102396BEB85B10A89A6CC91FC9 | 05-24-2021 18:38:51 | Vixen | 05-07-2021 | 06-24-2021 | PA0002303619 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: A21D3BD5F670F2DCB09FFC050824E696E615AB85<br>File Hash: 1D33FA133C4F456127FAE0D2E7DF2731B0E1A4EAC004428B1EC298E165B4F60C | 05-17-2021 19:33:38 | Blacked | 05-15-2021 | 06-09-2021 | PA0002295594 |
| 73 | Info Hash: F3437D6A0732738CAC9D4264F927DF45E2F06F02<br>File Hash: 897DB312E96525519B2E64884FF011DE2B4A9EF60894449831452ED59E6A34E5 | 05-17-2021 19:11:46 | Vixen | 04-30-2021 | 06-03-2021 | PA0002299685 |
| 74 | Info Hash: 6831A1863C6FD4CD376C9510214A80E13179B926<br>File Hash: 43B07ECB3C010034090696CAAE13F539561FAA1D1B29A51AB18BED7912811314 | 05-12-2021 17:45:55 | Tushy | 04-25-2021 | 06-09-2021 | PA0002295582 |
| 75 | Info Hash: 476BA89F537107DF77F587D53AECED3167688618<br>File Hash: B6030205D62AE42D41984CD92097E40C9810378BFCCCBD027D1853AC8808C0F6 | 05-04-2021 00:48:33 | Tushy | 05-02-2021 | 06-15-2021 | PA0002296917 |
| 76 | Info Hash: FFABB2C252511C6B0CF9AE265386052A17A92A95<br>File Hash: 9512DD3E2B2023E749C2ADD75ACB220B86AA1882C8999AE7450969F9300FC812 | 05-03-2021 23:36:25 | Blacked | 04-17-2021 | 06-09-2021 | PA0002295585 |
| 77 | Info Hash: 1ED1C2137C139D3D34D0DE1CC2182068B3CB6871<br>File Hash: 50CE274590E57B96E2FD0BA2D8018536C940E9CAF0A50124461B10C0EE88D1A0 | 04-29-2021 20:46:54 | Blacked | 04-10-2021 | 06-09-2021 | PA0002295605 |
| 78 | Info Hash: 1020E5A066604BFB7159BB3BF4736E5327180CD8<br>File Hash: FBFF003276B91E4D1D6C46D5F91BA91193379DCCB4658785A3F71CDF8FDAE892 | 04-29-2021 20:44:43 | Tushy | 04-11-2021 | 04-27-2021 | PA0002288948 |
| 79 | Info Hash: 177CFD4D652475B5EF00F393977809C79A69B70B<br>File Hash: E8EA6BADC1F18AC0C1695C21C0CD699BF59E094193E999894E1FB91A0921BC24 | 04-29-2021 20:31:39 | Blacked Raw | 04-12-2021 | 04-27-2021 | PA0002288983 |
| 80 | Info Hash: 240BCD5A74EBE31BF24DADA3384805891C5D2523<br>File Hash: 4590D9A767BEC2E0631462C4A3C9674B22FB58A0FA28D7C2AE3DE3FAFD12EEF6 | 04-15-2021 20:46:29 | Blacked | 03-27-2021 | 04-27-2021 | PA0002288945 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 81 | Info Hash: 5A5A386D247C55F9F5A5CC9CBEF4E408B996A7FE<br>File Hash: 07474B7BD6BBA056FCA31DE6898C16B41654697B82865EEC9831927992159987 | 04-15-2021 19:48:45 | Tushy | 03-28-2021 | 04-27-2021 | PA0002288947 |
| 82 | Info Hash: 938081B9362C380DE71AE03D9CE62BA34D0DC1F1<br>File Hash: 245BAF9F9BDC9DECC65CE5844B4034480BE41808585E298459C7CB43FEA1C61E | 04-05-2021 18:48:05 | Blacked | 03-20-2021 | 04-14-2021 | PA0002286724 |
| 83 | Info Hash: 42DDEE07B2889F1FC31EF269DD4162A1135E1CFC<br>File Hash: 6F175F801ADE086C0611910529226479B399E154399EFA99141D447A7212AAEE | 04-01-2021 19:01:44 | Blacked Raw | 08-20-2019 | 09-13-2019 | PA0002200701 |
| 84 | Info Hash: 5AF2F8C297944C29D5D4A6F575C5FBB275F3FFBE<br>File Hash: AD75EAE4253D46817C8554658D1082878D1E646257DC527268FF39AC027C5B48 | 04-01-2021 18:38:10 | Blacked | 07-14-2019 | 08-02-2019 | PA0002192303 |
| 85 | Info Hash: 7B625C93133B5B8DD3872A722CF8B0833C9D13C7<br>File Hash: 5D8F612B4054838868FD5D92942F25A2F7315107BB3AF70DC7E661A01EF24388 | 03-30-2021 23:45:58 | Blacked | 03-13-2021 | 03-22-2021 | PA0002282509 |
| 86 | Info Hash: 6A97100B062F4D3AAFE182DB2FC7761E111AD0E5<br>File Hash: 8A437387F2B7F2B120B5A458C83606D21ABFDCA11012D601A20B2BF23CB7850F | 03-24-2021 23:54:54 | Tushy | 03-21-2021 | 04-14-2021 | PA0002286723 |
| 87 | Info Hash: 81FB72021FC9FF548B191BB54283F8363E72E758<br>File Hash: FDD91FE86F388FA4A01C6FFFB78475CE81C3D88B6D8F001D4E07CD38729B48B6 | 03-24-2021 23:25:51 | Tushy | 03-07-2021 | 03-22-2021 | PA0002282503 |
| 88 | Info Hash: 0C30300B08C20092F90EC548898F2B7B79DA5135<br>File Hash: 2AC6F01B21BA2CF261A2AD425900F01CF2B554F5BA2735607395A542385719EA | 03-09-2021 18:44:11 | Blacked Raw | 02-22-2021 | 03-08-2021 | PA0002280371 |
| 89 | Info Hash: A03A00C41A946FC731027839CD309A4046217EDB<br>File Hash: 997739CDCA49570ACD6F62ED8DA696908D68B6C43D24AF15EE3A11422344A509 | 03-04-2021 22:08:22 | Blacked Raw | 03-01-2021 | 03-08-2021 | PA0002280355 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 90 | Info Hash: D7C737B58716C4CA391D8EBDDB876186B969ACCD<br>File Hash: 7AFC811A17D0B351422F3044B7887AB7B344719DB2065EAFBA4C5005D3D9FD45 | 03-04-2021 19:40:16 | Blacked Raw | 03-02-2020 | 04-17-2020 | PA0002246105 |
| 91 | Info Hash: 9F247124974B78EEE12D7C9A86BE6A4E62FFD237<br>File Hash: 19B7648336A0AB740B87093BD080CCAEC8B990B2083C3E21389D741846334EA5 | 03-02-2021 01:36:47 | Tushy | 02-28-2021 | 03-22-2021 | PA0002282501 |
| 92 | Info Hash: 18F3D327B61708D3BC0335657A6132EEF4460C30<br>File Hash: D04B3F6C440C348EF32A1017CB9BC87F946FA3211DABB8CBB4899466DA5043A4 | 02-25-2021 10:31:06 | Vixen | 05-08-2020 | 06-08-2020 | PA0002243645 |
| 93 | Info Hash: 6D3288217DFC1090EC9017A4EBA6E29152291371<br>File Hash: B91C4397FE14831EF984CBDF4B599DE2559794FC2A95FB0BD11A86348F40D5B8 | 02-19-2021 04:55:22 | Tushy | 01-31-2021 | 02-09-2021 | PA0002276144 |
| 94 | Info Hash: 60E37687B77501EA7B3382DA5215E73251AE7996<br>File Hash: 851776915B49F98D12B75F421B7101B13A3D66114E7876D4079A4E76853466F6 | 02-19-2021 04:31:24 | Blacked | 02-13-2021 | 02-26-2021 | PA0002283713 |
| 95 | Info Hash: D3E45B8E8F63ACE1D485F9ADDA0CE13EA6EB21D2<br>File Hash: 21A2F5F0B5EDC7C3491441B5F1DA2BDDED68CA3587E47D4E854086B2FE4846D5 | 02-19-2021 02:12:58 | Blacked Raw | 02-01-2021 | 02-09-2021 | PA0002276143 |
| 96 | Info Hash: C6AD2830C99215E2A7B185500628F5A250DBAC1D<br>File Hash: 133330B7761014F8F18906066C197A3B31171CE0C4DC0BDE7AC56549DB7625B0 | 02-18-2021 19:47:57 | Blacked | 01-30-2021 | 02-26-2021 | PA0002283695 |
| 97 | Info Hash: 1CC74FB984C9AD2F4CD29FAEB5D1AA708F18D44A<br>File Hash: 38A3B3D40328AF263380C7633D6C54503E8AA273D758B9CB2AAFC37ECDEC7EAF | 02-17-2021 20:24:58 | Blacked Raw | 06-06-2019 | 08-02-2019 | PA0002192288 |
| 98 | Info Hash: 67BB81139DFBD3A98034C4224195548D0DE9614E<br>File Hash: 2C9EED4B71C275590E98182B0965B6D28C98B7F76DFF73FCAC96E49AB3AD3824 | 02-17-2021 16:37:33 | Tushy | 02-07-2021 | 03-08-2021 | PA0002280362 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 99 | Info Hash: 824F27756325DC9E613FE2648216671BD55973E8<br>File Hash: DDE91152BDFBE198A895C151F3E243F454BBAE22A8564D3B8733F4D9F4D7641C | 02-10-2021 17:21:40 | Vixen | 01-15-2021 | 02-02-2021 | PA0002280500 |
| 100 | Info Hash: A3881F20504E4EBE14D6EDB6FD1CF75A8E2DD625<br>File Hash: A0077A2CCDB176BC6A42D6A5511A8948BCA5D56EE3E1A5D3707EF868FEAAC87B | 02-09-2021 21:59:36 | Blacked Raw | 02-08-2021 | 03-08-2021 | PA0002280363 |
| 101 | Info Hash: 5001BA0E38674A9B90A4F985EEA9CF5DA7F6E26C<br>File Hash: 0CDA0069E9F9644C2BA13F2A6D05D11B3901D2EB71A8F3EA563CD124B92D9082 | 01-28-2021 00:23:54 | Blacked Raw | 12-14-2020 | 12-28-2020 | PA0002269086 |
| 102 | Info Hash: 23F3281238E8C2B9F46A06DE03A1DD56C2FE4183<br>File Hash: F183EF0FD677D5E3B3A74E652AA19DA5A9D35A6F741282153C37E44C88A3A62C | 01-27-2021 23:35:52 | Blacked Raw | 01-25-2021 | 02-09-2021 | PA0002276145 |
| 103 | Info Hash: 8D1D5792EB8E0D77D99D8AC09E9FCFF843C0C0F8<br>File Hash: 055B29AD03A6FE750A5910A582721DC77F150F09BAF16D500A7B3F9B0F65A3A5 | 01-27-2021 19:25:20 | Blacked | 01-23-2021 | 02-09-2021 | PA0002276146 |
| 104 | Info Hash: 9D285EB53FB6396015DB700C94DF31EE8026853C<br>File Hash: 007826CA32772A67C3D4D0DEA2CCFC911702CFB1B973C7A824486A112DE80CF7 | 01-27-2021 19:24:06 | Blacked | 12-12-2020 | 01-04-2021 | PA0002277035 |
| 105 | Info Hash: 1FB4FE9EBFD22501A0A8609CBA7D6013E7B5E6A6<br>File Hash: 01FB6CAF040DEE8A445775AC368687192E168E4D93176A36E867D6F8F83D901E | 01-27-2021 19:11:33 | Tushy | 12-13-2020 | 12-28-2020 | PA0002269085 |
| 106 | Info Hash: FA27978FF59B9C33EFF36BBC36E8E28CF79D248B<br>File Hash: 922FE582CB7F7B987BD868CB65FBC465EA4D15D4016B74BA6F9F87AA8E627F77 | 01-25-2021 23:24:33 | Vixen | 01-01-2021 | 02-02-2021 | PA0002281154 |
| 107 | Info Hash: 0D5542068D193F2BB34F2EC1055C36F293AE0BD2<br>File Hash: 337F29D4BB8DF63EBF303D179185181E58420067DE0F9B04182060C651D20512 | 01-25-2021 21:54:56 | Tushy | 01-24-2021 | 02-26-2021 | PA0002283696 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 108 | Info Hash: A098525E9AFF43231A7DF6BB8EBAE6B031BEA699<br>File Hash: 24B59DE82823571AA66BC642C6246BB56F743A403833A41BD4536D742034AA60 | 01-19-2021 20:39:19 | Blacked Raw | 01-18-2021 | 02-09-2021 | PA0002276148 |
| 109 | Info Hash: 29E043E69A61A4466C78F5F0C2E4382313DB8A06<br>File Hash: EAAF38095F5E69E9AC5E4E9717AF580532711049F71EFD11481DDB69CCB56A8A | 01-16-2021 02:20:33 | Tushy | 01-31-2020 | 03-15-2020 | PA0002240443 |
| 110 | Info Hash: AF95C243E711AF8CF3E6D44A5B2B4313752DB11B<br>File Hash: 3F443021C100F521908AAF191702CD5627F214F8A57F1D98F190D9D810A32872 | 01-16-2021 00:36:29 | Blacked | 11-21-2020 | 11-30-2020 | PA0002266354 |
| 111 | Info Hash: 208BB6D56560EDAF3A5C7848334674A1AD9AA863<br>File Hash: 709F917B6AB0830D516BC53D398199094C91660CA114C938B8D06B6027F7967D | 01-08-2021 19:59:37 | Vixen | 06-12-2020 | 06-25-2020 | PA0002256359 |
| 112 | Info Hash: A38C1349A0DA3406194945281DB0C24F81E0F980<br>File Hash: 783E3B74FA77C4E9CF4BBA9AEF861C29A3BFDC141FDD04934170DA091DBB89C0 | 01-08-2021 18:03:50 | Vixen | 12-11-2020 | 01-04-2021 | PA0002277039 |
| 113 | Info Hash: 592CC90904C53EF2703DB9CFE9C4184C72214506<br>File Hash: 23D54B2543E07A11C8AE2914890F822A39159C9D5F9AD4C7BD1A1703C95626AB | 01-06-2021 14:54:45 | Blacked | 01-02-2021 | 01-05-2021 | PA0002269954 |
| 114 | Info Hash: 346ACA47331475A0D7D7E4686989A23C6FD4EEFC<br>File Hash: 704347BA3472542B0176F03C356AFF3EC3E875DED0621704A390529C66E1285B | 01-06-2021 08:33:42 | Blacked Raw | 11-02-2020 | 11-24-2020 | PA0002265968 |
| 115 | Info Hash: EB618CE41F176F9BB4820A6C7C959D22B86E4E01<br>File Hash: E9A54ECAA7C0608DB489172C0B2C8DCBF5928E8C3257F0CD962D675AF02F45B5 | 01-06-2021 02:37:22 | Blacked Raw | 01-04-2021 | 02-02-2021 | PA0002280514 |
| 116 | Info Hash: F4E986113FFCD26BB89DB7AED39D2586805A9D71<br>File Hash: 94200302CF96FBB5647377DD3AC0FED458D9716B14C2EC2E5AF706BB2EC5F4F7 | 12-29-2020 19:06:56 | Blacked | 12-26-2020 | 01-05-2021 | PA0002269952 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 117 | Info Hash: F8DBAE0486D1673C521E9F288C03345029AA44B9<br>File Hash: 2604A46D4A0291966516CCF8CB97FE6D8AF54C65BE6CEABD3658EE76A1E38CA4 | 12-28-2020 15:41:34 | Vixen | 10-23-2020 | 11-18-2020 | PA0002272622 |
| 118 | Info Hash: 3C7E79B2179D42E6E86076F8EE4BFC19BDF3B068<br>File Hash: 83CA17C0119571E11B4A3870A466DF2DF140E9DF6908DF2875BB600BF158DA60 | 12-23-2020 19:56:13 | Blacked | 10-17-2020 | 11-05-2020 | PA0002263387 |
| 119 | Info Hash: 7A55D40C0AC6D4D98039ED938F88F0ECE565C3C2<br>File Hash: 13695C39A914DBC94B480E90A90A2B1226545E984E809BB8E11D7D0E88677BF0 | 12-22-2020 17:11:06 | Blacked Raw | 12-21-2020 | 01-05-2021 | PA0002269958 |
| 120 | Info Hash: D12CE24531AB0F691974316C025729ED64F46C44<br>File Hash: 650E124F6A75D9457E8FAE33DCA569AFEC505EDDD40BB716616C12153CCA8863 | 12-14-2020 21:15:30 | Tushy | 10-18-2020 | 11-05-2020 | PA0002263388 |
| 121 | Info Hash: 5254A434230A26DD8292BAD1FDD57916DAE90F79<br>File Hash: EFE253134EF30C2DB4741CD3F91F5E7D4BBC50E61F4E666FD8D67D09C21FE2DF | 12-14-2020 17:22:48 | Blacked | 03-10-2020 | 04-15-2020 | PA0002246103 |
| 122 | Info Hash: 61A368F52ED317DB69E10FE5113235782EFD2CB3<br>File Hash: CC4363C84DDE8081BE1618BEAE54BD8E7653EFA91C7115DAE6AE8EDABD74894D | 12-10-2020 18:32:24 | Tushy | 12-06-2020 | 12-28-2020 | PA0002269080 |
| 123 | Info Hash: 9EA9EC8A10A438E9DFF84C99E7B3F183E3873248<br>File Hash: C56E3853EB350C3391D0C223B1ED84A467A2A9F5D86D7A0FADD5681E568A187B | 12-09-2020 19:13:19 | Blacked | 12-05-2020 | 01-04-2021 | PA0002277031 |
| 124 | Info Hash: 6D16D0BF91A2D41F67607E1BDBA9781ACBEC6671<br>File Hash: 89A8293DCBC70769D35FE707D93647E1EBDB4906CB7BBFE44C8A0101FF011241 | 12-09-2020 19:12:41 | Blacked Raw | 12-07-2020 | 12-28-2020 | PA0002269082 |
| 125 | Info Hash: 47EFF10A48B116CE25A44DCBB64795ADB5789D0D<br>File Hash: E9A2BD560E5A809DABA69192DD5DFA4E31D5620BC4BCFEFBD51A4A967CC8AA72 | 11-30-2020 23:08:29 | Blacked | 11-28-2020 | 12-28-2020 | PA0002269083 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 126 | Info Hash: 09BEFF88BFA6C03790189DB6616808DDF8A8A751<br>File Hash: DD3B798C8D8E9900AA8661B5435EABDAAD9A2D99BC4CA139153417B954AF5BCB | 11-30-2020 23:01:44 | Blacked Raw | 11-30-2020 | 01-04-2021 | PA0002277037 |
| 127 | Info Hash: 54FAB0A81C51A671A12C851A797E9EC0609DAD1D<br>File Hash: 0EC53CAADB9EC8F6AEC5491FE49FD97ABE6E62EFDFCB62B380910B853BC32269 | 11-30-2020 17:02:41 | Tushy | 11-29-2020 | 01-04-2021 | PA0002277033 |
| 128 | Info Hash: B47A4E294BCAE048AD1CB4122CEA3FB39492476A<br>File Hash: CD520B27BEC366CB42707606E2CBCFCC3A6DFA185C5467B36265E2C21D089E15 | 11-27-2020 19:40:31 | Vixen | 11-27-2020 | 11-30-2020 | PA0002266359 |
| 129 | Info Hash: 6FBACD1A300163A11E107B85A3A81FB25065AB03<br>File Hash: 369B052861FE2BDB9B9F0E36270485C24BEB0611A43E582A9150EAD7DAE1B011 | 11-24-2020 23:09:28 | Blacked Raw | 11-23-2020 | 12-09-2020 | PA0002274806 |