UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 8:22-cv-00765-KKM-CPT

STRIKE 3 HOLDINGS, LLC, a limited
liability company,

    Plaintiff,

v.

JOHN DOE subscriber assigned IP address
47.206.158.176 an individual,

    Defendant.

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITH PREJUDICE OF JOHN DOE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 47.206.158.176, are voluntarily dismissed with prejudice.

Dated: July 29, 2022                      Respectfully submitted,

                                                   **MAMONE VILLALON**

                                                   By: /s/ *Yetian Wang*
                                                   Yetian Wang, Esq.
                                                   Florida Bar No.: 1025778
                                                   Tyler A. Mamone, Esq.
                                                   Florida Bar No.: 111632
                                                   100 SE 2nd St., Suite 2000

Miami, Florida, 33131
Tel: (786) 209-2379
Email: Tyler@mvlawpllc.com
Email: Yetian@mvlawpllc.com
*Attorneys for Plaintiff*